1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; and THE
THOUGHT & EXPRESSION CO., INC., a
Virginia corporation,

　　　　　　　Plaintiffs,

　　　v.

AMANDEEP SINGH, an individual; and
BHUSHAN KUMAR, an individual; and DOES
1-10,

　　　　　　　Defendants.

No.　24-cv-1464

**COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF**

## I.　　INTRODUCTION

1.　　This case involves Defendants' unlawful and expressly prohibited sale of books that infringe the intellectual property rights of The Thought & Expression Co. d/b/a Thought Catalog ("Thought Catalog"). Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and Thought Catalog (together with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and Thought Catalog's customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1

2.      Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2023 alone, Amazon invested over $1.2 billion and employed more than 15,000 people to protect its stores from counterfeits, fraud, and other forms of abuse.

3.      Thought Catalog owns and operates Thought Catalog Books, a small independent book publisher founded in 2012 as the print and physical media division within the Thought Catalog network, which also manages websites dedicated to sharing written content from contributors. Thought Catalog operates under an author-first and holistic approach to book publishing, and has published numerous best-selling print books, audiobooks, and eBooks, which have been translated into more than 40 languages. Thought Catalog distributes its print books under the trademark "Thought Catalog," and has done so continuously in the United States since 2012.

4.      Thought Catalog owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Thought Catalog owns common law rights to the mark Thought Catalog for use in connection with print books, as well as the following registered trademark (collectively, the "Thought Catalog Trademark").

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| THOUGHT CATALOG | 3,857,969 (IC 41 for an online magazine) |

A true and correct copy of the registration certificate for the above registered trademark is attached as **Exhibit A**.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

5.      Thought Catalog also is the exclusive licensee of the copyrights of certain original written works that are registered with the United States Copyright Office. Relevant to this Complaint, Thought Catalog is the exclusive copyright licensee for publishing in print the works protected by the following registered copyrights (the "Thought Catalog Copyrights" or the "Copyrights") during the following periods:

| **Copyright Title** | **Copyright Number** | **Exclusive License Period** |
| --- | --- | --- |
| The Mountain Is You: Transforming Self Sabotage into Self Mastery | TX 9-260-394 | June 1, 2020 – June 1, 2023 |
| A Gentle Reminder | TX 9-269-279 | July 22, 2019 – Present |

True and correct copies of the copyright registrations for the Thought Catalog Copyrights are attached as **Exhibit B**.

6.      Beginning in January 2023, Defendants registered with Amazon to sell in the Amazon Store. After extensive outside investigation, Plaintiffs have discovered that Defendants used fraudulent documents and information in a deliberate attempt to conceal their identities and locations and to circumvent Amazon's robust verification processes. From January through June 2023, Defendants advertised, marketed, offered, distributed, and sold infringing Thought Catalog books in the Amazon Store—specifically the books *The Mountain Is You: Transforming Self Sabotage into Self Mastery* and *101 Essays That Will Change The Way You Think* by Brianna Wiest, and *A Gentle Reminder* by Bianca Sparacino—which books used the Thought Catalog Trademark and/or Thought Catalog Copyrights, without authorization, in order to deceive customers about the authenticity and origin of the books and the books' affiliation with Thought Catalog.

7.      As a result of their illegal actions, Defendants have infringed and misused Thought Catalog's IP; willfully deceived and harmed Amazon, Thought Catalog, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Thought Catalog. Defendants' illegal actions have caused Amazon and Thought Catalog to expend significant resources to investigate and combat

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Thought Catalog, and their customers.

## II.    PARTIES

8.      Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

9.      Thought Catalog is a Virginia corporation with its principal place of business in Mclean, Virginia.

10.      Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the infringing scheme alleged in this Complaint. Defendants are the individuals and entities who operated, controlled, and/or were responsible for the selling accounts detailed in **Schedule 1**, attached hereto ("Defendants' Selling Accounts" or "Selling Accounts"). On information and belief, Defendants took intentional and affirmative steps to hide their true identities and whereabouts from Amazon and Thought Catalog by using falsified and/or fraudulent identity documents and information to conduct their activities and to circumvent Amazon's robust verification processes. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

11.      On information and belief, Defendant Amandeep Singh is an individual residing in India who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the (1) Augstin Retail; (2) Borning; and (3) Smarktabs Selling Accounts, and derived a direct financial benefit from that wrongful conduct.

12.      On information and belief, Defendant Bhushan Kumar is an individual residing in India who personally participated in and/or had the right and ability to supervise, direct, and

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 4

control the wrongful conduct alleged in this Complaint related to the Golden Store Selling Account, and derived a direct financial benefit from that wrongful conduct.

13.     On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell infringing Thought Catalog books. The identities of the Doe Defendants are presently unknown to Plaintiffs.

### III.     JURISDICTION AND VENUE

14.     The Court has subject matter jurisdiction over Thought Catalog's Lanham Act claim for trademark infringement, and Thought Catalog's claim for copyright infringement, and Amazon's and Thought Catalog's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a), and 17 U.S.C. § 101. The Court has subject matter jurisdiction over Amazon's and Thought Catalog's claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

15.     The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Thought Catalog's claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store books that infringed the Thought Catalog Trademark and Thought Catalog Copyrights. Additionally, Defendants shipped books bearing infringing versions of the Thought Catalog Trademark and Thought Catalog Copyrights to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington, and has wrongfully caused Amazon and Thought Catalog substantial injury in Washington.

16.     Further, the named Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 5

the "Governing Courts" for claims to enjoin infringement or misuse of IP rights in the Amazon Store are the state or federal courts located in King County, Washington.

17.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

18.     Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.     FACTS

### A.     Amazon's Efforts to Prevent the Sale of Infringing Goods.

19.     Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

20.     A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell infringing products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

21.     Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of infringing products from ever being

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 6

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent inauthentic goods from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove inauthentic products from its stores and to terminate the selling accounts of bad actors before they can offer inauthentic products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2023, Amazon's proactive controls blocked more than 99% of suspected infringing listings before a brand ever had to find and report them.

22.    In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

23.    In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 1.6 billion product units, whether sold in Amazon's stores or elsewhere in the retail supply chain, have been enrolled in Transparency, and have been authenticated as genuine through code scan verification.

24.    In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 7

This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 25,000 brands have enrolled in Project Zero.

25.     Amazon continues to innovate to stay ahead of bad actors, and requires new and existing selling partners to verify their identity and documentation. Amazon investigators review the seller-provided identity documents to determine whether those documents are both valid and legitimate, such as confirming that the seller has provided a fully legible copy of the document, verifying that the document matches the information the seller provided to Amazon with respect to their identity, and analyzing whether the document shows any signs of alteration, tampering, or fabrication. These measures have made it more difficult for bad actors to hide. Amazon's seller verification, coupled with continued advancements in Amazon's machine learning-based detection, are deterring bad actors from even attempting to create new Amazon selling accounts. In 2023, Amazon stopped more than 700,000 bad actor attempts to create new selling accounts, stopping them before they were able to list a single product for sale in Amazon's stores. This is down from six million attempts by bad actors to create new Amazon selling accounts in 2020.

26.     Once a seller begins selling in Amazon's stores, Amazon continues to monitor the selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling account, withholds funds disbursement, and investigates whether other accounts are involved in unlawful activities. In 2023, Amazon identified, seized, and appropriately disposed of more than seven million counterfeit products worldwide, preventing them from harming customers or being resold.

27.     In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products.

**B.      Thought Catalog and Its Anti-IP Infringement Efforts.**

28.     Thought Catalog goes to great lengths to prevent the distribution and sale of inauthentic and/or counterfeit versions of its books. Thought Catalog utilizes both internal and

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8

external resources to combat infringing products, including monitoring product listing pages on e-commerce websites globally, issuing takedown notices for infringing products, sending demand letters to sellers of infringing Thought Catalog books, and filing lawsuits against such sellers.

29.     Thought Catalog is currently enrolled in Brand Registry and Project Zero. Thought Catalog actively used Brand Registry and Project Zero in response to the infringing activity described in this Complaint.

**C.     Defendants Created Amazon Selling Accounts, Agreed Not to Sell Infringing Goods, and Agreed to Provide Accurate Information to Amazon.**

30.     Between January 2023 and June 2023, Defendants established, controlled, and operated the four Selling Accounts detailed in Schedule 1, through which they sought to advertise, market, offer, distribute, and sell infringing Thought Catalog books. In connection with these Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, a tax identification number, bank information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account. In the course of their investigation, Plaintiffs determined that Defendants took active steps to mislead Amazon, circumvent Amazon's robust verification processes, and conceal their true locations and identities by providing falsified and/or fraudulent identity documents and information to Amazon in connection with registering the Selling Accounts. Plaintiffs identified Defendants as the primary recipients of the proceeds of the infringing sales for certain Selling Accounts based on the investigation of financial information that Defendants provided to Amazon. Specifically, a payment service provider for the financial accounts linked to the Selling Accounts disclosed that Defendants had registered certain financial accounts that received proceeds from the Selling Accounts' infringing sales.

31.     To become a third-party seller in the Amazon Store, sellers are required to agree to the BSA, which governs the applicant's access to and use of Amazon's services and states

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable version[s] of the BSA, namely, the version Defendants last agreed to when using Amazon's services, is attached as **Exhibit C**.

32.     Under the terms of the BSA, Amazon reserves the right to withhold payments and terminate the selling account of any bad actor who engages in "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies. Ex. C, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

33.     Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit D**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

  Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

34.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store together with the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  - Bootlegs, fakes, or pirated copies of products or content

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

    o   Products that have been illegally replicated, reproduced, or manufactured

    o   Products that infringe another party's intellectual property rights

- **Maintain and Provide Inventory Records.** Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- **Consequences of Selling Inauthentic Products.** If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- **Amazon Takes Action to Protect Customers and Rights Owners.** Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

    o   Remove suspect listings.

    o   Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- **Reporting Inauthentic Products.** We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

    35.    Additionally, under the terms of the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application process, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. C. ¶ 1.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

36.    When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell infringing products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained as such.

**D.    Defendants' Sales of Infringing Thought Catalog Products and Provision of False Information to Amazon.**

37.    Defendants fraudulently created Selling Accounts and advertised, marketed, offered, distributed, and sold infringing Thought Catalog-branded books in the Amazon Store. The infringing Thought Catalog-branded books sold by Defendants are identified and described in Schedule 1.

38.    Thought Catalog has conducted test purchases and reviewed physical samples of the Thought Catalog-branded books sold by Defendants' Selling Accounts, and determined that the books are inauthentic, that each bears an infringing Thought Catalog Trademark, and that Thought Catalog has never authorized the sale of such products, as detailed in Schedule 1. In addition, Thought Catalog has determined that certain of the books sold by Defendants infringe on one of the Thought Catalog Copyrights, as detailed in Schedule 1.

39.    In addition, as further detailed in Schedule 1, Defendants submitted invoices to Amazon that purported to show that their infringing books came from a supplier of authentic products. Plaintiffs subsequently contacted the supplier listed on the invoices and determined the invoices are false.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

**E.      Defendants' Coordinated Sale of Infringing Thought Catalog Products.**

40.      On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of inauthentic Thought Catalog-branded books. Defendants are associated through common phone numbers and use of similar fabricated invoices displaying the same supplier.

**F.      Amazon Shut down Defendants' Selling Accounts.**

41.      By selling infringing Thought Catalog products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by Thought Catalog. Defendants also knowingly and willfully used Thought Catalog's IP in connection with the advertising, marketing, offering, distributing, and selling of infringing Thought Catalog books.

42.      At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic Thought Catalog books. Defendants have deceived Amazon's customers and Amazon, infringed and misused the IP rights of Thought Catalog, harmed the integrity of and customer trust in the Amazon Store, and tarnished Amazon's and Thought Catalog's brands.

43.      After Amazon verified Defendants' sale of infringing Thought Catalog products, it blocked Defendants' Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Thought Catalog.

44.      Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued full refunds to customers who purchased purported Thought Catalog books from Defendants. Defendants have not reimbursed Amazon.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## V.     CLAIMS

### FIRST CLAIM
*(by Thought Catalog against All Defendants)*
**Copyright Infringement – 17 U.S.C. § 501**

45.     Thought Catalog incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

46.     Under Section 106 of the Copyright Act, Thought Catalog exclusively controls certain rights that are protected by copyright in connection with original written works.

47.     Defendants have infringed the Thought Catalog Copyrights by reproducing, distributing copies of, publicly displaying, and/or creating derivative works of the copyrighted materials protected by the Thought Catalog Copyrights without Thought Catalog's authorization.

48.     Defendants' conduct has been intentional, deliberate, and willful within the meaning of 17 U.S.C. § 504.

49.     Defendants have committed acts which constitute infringement of the Thought Catalog Copyrights.

50.     Defendants derived a financial benefit directly attributable to the infringement of the Thought Catalog Copyrights.

51.     As a result of Defendants' wrongful conduct, Thought Catalog is entitled to recover its actual damages and Defendants' profits attributable to the infringement. Alternatively, Thought Catalog is entitled to statutory damages under 17 U.S.C. § 504(c).

52.     The award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

53.     Thought Catalog is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

54.     In addition, Thought Catalog is entitled to injunctive relief, including an order impounding all infringing materials. Thought Catalog has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) Thought Catalog Copyrights and the works they protect are unique and valuable properties that have no readily determinable

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

market value; (b) Defendants' infringement harms Thought Catalog such that Thought Catalog could not be made whole by any monetary award; and (c) Defendants' wrongful conduct, and the resulting harm to Thought Catalog, is continuing.

### SECOND CLAIM
*(by Thought Catalog against all Defendants)*
**Trademark Infringement – 15 U.S.C. § 1114**

55.    Plaintiff Thought Catalog incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

56.    Defendants' activities constitute infringement of the Thought Catalog Trademark as described in the paragraphs above.

57.    Thought Catalog owns the Thought Catalog Trademark and advertises, markets, offers, distributes, and sells its products using the Thought Catalog Trademark described above and uses the trademark to distinguish its products from the products and related items of others in the same or related fields.

58.    Because of Thought Catalog's long, continuous, and exclusive use of the Thought Catalog Trademark identified in this Complaint, the trademark has come to mean, and is understood by customers and the public to signify, products from Thought Catalog.

59.    Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing infringing versions of the Thought Catalog Trademark with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Thought Catalog and likely caused such erroneous customer beliefs.

60.    As a result of Defendants' wrongful conduct, Thought Catalog is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b).

61.    Thought Catalog is further entitled to injunctive relief, including an order impounding all infringing products and promotional materials in Defendants' possession.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 15

Thought Catalog has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Thought Catalog Trademark is a unique and valuable property that has no readily-determinable market value; (b) Defendants' infringing activities constitute harm to Thought Catalog and Thought Catalog's reputation and goodwill such that Thought Catalog could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the infringing materials; and (d) the resulting harm to Thought Catalog, due to Defendants' wrongful conduct is likely to be continuing.

### THIRD CLAIM
*(by Thought Catalog and Amazon against all Defendants)*
**False Designation of Origin– 15 U.S.C. § 1125(a)**

62.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

63.     Thought Catalog owns the Thought Catalog Trademark and advertises, markets, offers, distributes, and sells its products using that trademark described above and uses the trademark to distinguish its products from the products and related items of others in the same or related fields.

64.     Thought Catalog has used the Thought Catalog Trademark in connection with its publishing, distribution, and sale of print books in connection with the Thought Catalog Trademark continuously in the United States since 2012.

65.     Because of Thought Catalog's long, continuous, and exclusive use of the Thought Catalog Trademark identified in this Complaint, the trademark has come to mean, and is understood by customers, users, and the public, to signify products from Thought Catalog.

66.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

67.     Defendants unlawfully advertised, marketed, offered, distributed, and sold books bearing infringing versions of the Thought Catalog Trademark with the intent and likelihood of

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity.

68.     Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods advertised, marketed, offered, distributed, or sold in connection with the Thought Catalog Trademark and wrongfully trades upon Thought Catalog's goodwill and business reputation.

69.     Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

70.     Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

71.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Thought Catalog, all in violation of 15 U.S.C. § 1125(a)(1)(A).

72.     Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 17

cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

73.     Thought Catalog is further entitled to recover Defendants' profits, Thought Catalog's damages for its losses, and Thought Catalog's costs to investigate and remediate Defendants' conduct and bring this action, in an amount to be determined. Thought Catalog is also entitled to the trebling of any damages award as allowed by law.

**FOURTH CLAIM**
*(by Thought Catalog and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

74.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

75.     Defendants' advertising, marketing, offering, distributing, and selling of Thought Catalog products that infringe on the Thought Catalog Trademark constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

76.     Defendants' advertising, marketing, offering, distributing, and selling of infringing Thought Catalog products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

77.     Defendants' advertising, marketing, offering, distributing, and selling of infringing Thought Catalog products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

78.     Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Thought Catalog further seeks to recover from Defendants its actual damages, trebled.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and all others in active concert or participation with them, from:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 18

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

(i)     selling counterfeit or infringing products in Amazon's stores;

(ii)    selling counterfeit or infringing products to Amazon or any Amazon affiliate;

(iii)   importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of Thought Catalog's brand, trademarks, or copyrights, or which otherwise infringes Thought Catalog's IP, in any store or in any medium; and

(iv)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

B.      That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C.      That the Court enter an order pursuant to 15 U.S.C. § 1118 and/or 17 U.S.C. § 503 impounding and permitting destruction of all infringing products bearing the Thought Catalog Trademark, the Thought Catalog Copyrights, or that otherwise infringe Thought Catalog's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

D.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

E.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Thought Catalog has sustained, or will sustain as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, 17 U.S.C. § 504(c), RCW 19.86.020, or otherwise allowed by law;

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 19

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1        F.      That the Court enter an order requiring Defendants to pay the maximum amount
2  of prejudgment interest authorized by law;

3        G.     That the Court enter an order requiring Defendants to pay the costs of this action
4  and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by
5  15 U.S.C. § 1117, 17 U.S.C. § 505, RCW 19.86.020, or otherwise allowed by law;

6        H.     That the Court enter an order requiring that identified financial institutions
7  restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful infringing
8  activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment
9  in this case; and

10       I.      That the Court grant Plaintiffs such other, further, and additional relief as the
11  Court deems just and equitable.

13       DATED this 13th day of September, 2024.

14                              DAVIS WRIGHT TREMAINE LLP
15                              *Attorneys for Plaintiffs*

16                              *s/ Scott Commerson*
17                              Scott Commerson, WSBA #58085
                                 865 South Figueroa Street, Suite 2400
18                              Los Angeles, CA 90017-2566
                                 Tel: (213) 633-6800
19                              Fax: (213) 633-6899
                                 Email: scottcommerson@dwt.com

20                              *s/ Lauren Rainwater*
21                              Lauren Rainwater, WSBA #43625
                                 920 Fifth Avenue, Suite 3300
22                              Seattle, WA 98104-1604
                                 Tel: (206) 622-3150
23                              Fax: (206) 757-7700
                                 Email: laurenrainwater@dwt.com

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

## SCHEDULE 1

**SELLING ACCOUNT 1:**

Selling Account Name: Augstin Retail
Dates of Known Sales of Infringing Products: January 29, 2023 – April 29, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| The Mountain Is You: Transforming Self-Sabotage Into Self-Mastery by Brianna Wiest<br><br>ASIN[1]: 1949759229<br><br>Infringed Copyright Registration: TX 9-260-394 | • On or about April 19, 2023, Thought Catalog conducted a test purchase of the listed product sold by the bad actor.<br><br>• Thought Catalog received and inspected the test-purchased product and confirmed that it infringes the Thought Catalog Trademark and one of the Thought Catalog Copyrights based on deviations from Thought Catalog's authentic books.<br><br>• Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice. |

**SELLING ACCOUNT 2:**

Selling Account Name: Borning
Dates of Known Sales of Infringing Products: June 11, 2023 – June 21, 2023[2]

| Purported Product | Confirmation of Counterfeit |
|---|---|
| The Mountain Is You: Transforming Self-Sabotage Into Self-Mastery by Brianna Wiest<br><br>ASIN: 1949759229 | • On or about April 26, 2024, Amazon provided Thought Catalog with a sample of the product sold by the bad actor.<br><br>• Thought Catalog received and inspected the sample product and confirmed that it infringes the Thought Catalog Trademark based on deviations from Thought Catalog's authentic books. |

---

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

[2] Thought Catalog is not asserting a copyright infringement claim with respect to the sales by the Borning Selling Account during this period, as its exclusive license over the work ended on June 1, 2023.

| Purported Product | Confirmation of Counterfeit |
|---|---|
| | • Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice. |

## SELLING ACCOUNT 3:

Selling Account Name: Golden Store
Dates of Known Sales of Infringing Products: May 21, 2023 – June 21, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| A Gentle Reminder by Bianca Sparacino<br><br>ASIN: 1949759296<br><br>Infringed Copyright Registration: TX 9-269-279 | • On or about May 26, 2023, Thought Catalog conducted a test purchase of the listed product sold by the bad actor.<br><br>• Thought Catalog received and inspected the test-purchased product and confirmed that it infringes the Thought Catalog Trademark and one of the Thought Catalog Copyrights based on deviations from Thought Catalog's authentic books.<br><br>• Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice. |

## SELLING ACCOUNT 4:

Selling Account Name: Smarktabs
Dates of Known Sales of Infringing Products: June 15, 2023 – June 26, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 101 Essays That Will Change The Way You Think by Brianna Wiest<br><br>ASIN: 1945796065 | • On or about April 26, 2024, Amazon provided Thought Catalog with a sample of the product sold by the bad actor.<br><br>• Thought Catalog received and inspected the sample product and confirmed that it infringes the Thought Catalog Trademark based on deviations from Thought Catalog's authentic books. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| | • Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice. |