# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

## THOUGHT CATALOG

**Reg. No. 3,857,969**  
**Registered Oct. 5, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHRISTOPHER E. LAVERGNE (UNITED STATES INDIVIDUAL)  
1220 INGLESIDE AVENUE  
MCLEAN, VA 22101

FOR: ONLINE MAGAZINE FEATURING PROFESSIONALLY WRITTEN AND EDITED ESSAYS, REVIEWS, AND INTERVIEWS ON FILM, BOOKS, TV, MUSIC, CULTURE, POLITICS, DESIGN, TECHNOLOGY, AND FOR CURATED AND ANTHOLOGIZED PROFESSIONAL ARTWORK, EXCLUDING BLOGGING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-1-2010; IN COMMERCE 3-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATALOG", APART FROM THE MARK AS SHOWN.

SN 77-783,555, FILED 7-17-2009.

AMY HELLA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office