# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-260-394**

**Effective Date of Registration:**
May 09, 2023
**Registration Decision Date:**
May 12, 2023

---

## Title

**Title of Work:** The Mountain is You: Transforming Self-Sabotage into Self-Mastery

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Brianna Wiest
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brianna Wiest
PO Box 340, Big Sur, California, 93920, United States

## Rights and Permissions

**Organization Name:** Davis Wright Tremaine LLP
**Name:** Catherine E. Maxson
**Email:** catherinemaxson@dwt.com
**Telephone:** (206)757-8098
**Address:** 920 Fifth Avenue, Suite 3300
Seattle, Washington 98104 United States

## Certification

**Name:** Brenda Nixdorf
**Date:** May 04, 2023
**Applicant's Tracking Number:** 111366-4

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**TX 9-269-279**
**Effective Date of Registration:**
May 31, 2023
**Registration Decision Date:**
June 02, 2023

## Title

**Title of Work:** A Gentle Reminder

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 31, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781949759297

## Author

- **Author:** Bianca Sparacino
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Bianca Sparacino
807 Dundas St W., Apt 203, Toronto, Ontario, M6J 1V2, Canada

## Rights and Permissions

**Organization Name:** Davis Wright Tremaine LLP
**Name:** Catherine E. Maxson
**Email:** catherinemaxson@dwt.com
**Telephone:** (206)757-8098
**Address:** 920 Fifth Avenue, Suite 3300
Seattle, WA 98104 United States

## Certification

**Name:** Brenda Nixdorf
**Date:** May 25, 2023
**Applicant's Tracking Number:** 111366-4

---

**Correspondence:** Yes