UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>            Defendants. | No.  24-cv-1464<br><br>**AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

    Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

    Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

1    DATED this 13th day of September, 2024.

                                        DAVIS WRIGHT TREMAINE LLP
                                        *Attorneys for Plaintiffs*


                                        *s/ Scott Commerson*
                                        Scott Commerson, WSBA #58085
                                        865 South Figueroa Street, Suite 2400
                                        Los Angeles, CA 90017-2566
                                        Tel: (213) 633-6800
                                        Fax: (213) 633-6899
                                        Email: scottcommerson@dwt.com

                                        Lauren Rainwater, WSBA #43625
                                        920 Fifth Avenue, Suite 3300
                                        Seattle, WA 98104-1604
                                        Tel: (206) 622-3150
                                        Fax: (206) 757-7700
                                        Email: laurenrainwater@dwt.com

AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax