UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>Defendants. | No.   24-cv-1464<br><br>**THE THOUGHT & EXPRESSION CO., INC.'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff The Thought & Expression Co., Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED this 13th day of September, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

THE THOUGHT & EXPRESSION CO., INC.'S
CORPORATE DISCLOSURE STATEMENT - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
3
4

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

THE THOUGHT & EXPRESSION CO., INC.'S
CORPORATE DISCLOSURE STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax