The Honorable Lauren King
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01464-LK<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PENDING *EX PARTE* MOTION FOR ALTERNATIVE SERVICE (DKT. 10)** |

Pursuant to Local Rule 7(l), Plaintiffs Amazon.com, Inc., Amazon.com Services LLC and Thought & Expression Co., Inc. (together, "Plaintiffs") hereby withdraw without prejudice Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 10).

DATED this 17th day of October, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Email: scottcommerson@dwt.com

PLAINTIFFS' NOTICE OF WITHDRAWAL
OF PENDING MOTION - 1
(2:24-cv-01464-LK)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax