The Honorable Lauren King
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01464-LK-BAT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Thought & Expression Co. d/b/a Thought Catalog (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,700 words.

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this _____ day of _____, 2024.

_____
THE HONORABLE BRIAN A. TSUCHIDA
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:24-cv-01464-LK-BAT)