The Honorable Lauren King
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01464-LK-BAT<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

I, Scott Commerson, declare and state as follows:

1. I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), and The Thought & Expression Co. d/b/a Thought Catalog ("Thought Catalog," and with Amazon, "Plaintiffs") in the above-titled litigation. I am over 18 years of age. The statements made below are true to the best of my knowledge and belief. I make them in support of Plaintiffs' *Ex Parte* Motion for Alternative Service.

2. Both before and since filing the Complaint (Dkt.1), Plaintiffs have conducted substantial investigation into the following Amazon selling accounts through which Defendants

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Amandeep Singh ("Singh") and Bhushan Kumar ("Kumar") (collectively, "Defendants") sought to advertise, market, sell, and distribute their infringing Thought Catalogue books: (1) Augstin Retail, (2) Borning, (3) Smarktabs, and (4) Golden Store (collectively, the "Selling Accounts"). These efforts include: (1) working with investigators in the United States and in India to research information and documents that Defendants provided to Amazon when they registered their Selling Accounts; (2) researching information about the Defendants in public and proprietary databases; and (3) inspecting a physical address in India that was purportedly associated with Defendant Kumar, as described below. This investigation revealed that Defendants sought to evade Amazon's seller verification processes by providing Amazon with misleading or fraudulent identifying documents and information in connection with their Selling Accounts. The investigation also indicated that Defendants likely reside at unknown locations in India.

3. In a further effort to identify and locate Defendants, on February 26, 2024, Plaintiffs obtained account and transactions information from third party Payoneer Inc. ("Payoneer") related to virtual bank accounts that Defendants provided to Amazon when they registered their Selling Accounts in order to receive and transfer proceeds from their sale of products in the Amazon.com store (the "Amazon Store.") Payoneer's information revealed that Singh registered Payoneer bank accounts linked to the Augstin Retail, Borning, and Smarktabs Selling Accounts, and that Kumar registered a Payoneer bank account linked to the Golden Store Selling Account.

4. The Payoneer information also disclosed a potential physical address for Singh: 1312 17th Street, Unit 2229, Denver, CO 80202. However, on August 22, 2024, Plaintiffs' investigation determined that this address is a PostNet rental mailbox and is therefore unsuitable for service of process. Plaintiffs' investigators have been unable to identify any other known address for Singh in India or elsewhere despite diligent efforts.

5. The Payoneer information disclosed a potential physical address for Kumar: Ground Floor, House No 385 B, Gali No 6, Kh No 771 and 772, Block K, New Delhi, India 110037. In August 2024, Plaintiffs' private investigators in India investigated this address,

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

physically inspected the residence located at this address, and interviewed a person at the residence who stated that a person other than Kumar resided at the address. Plaintiffs' investigators have been unable to identify any other known address for Kumar in India or elsewhere despite diligent efforts.

6. The Payoneer information further disclosed that the overwhelming majority of IP addresses from which each Defendant accessed their respective Payoneer account traced back to India. The Payoneer information also showed that nearly all of the bank accounts linked to Singh's Payoneer account are with banks located in India, and that the sole bank account linked to Kumar's Payoneer account is with a bank located in India.

7. Also disclosed in the information from Payoneer were the email addresses that Defendants Singh and Kumar used to register, access, and operate their respective financial accounts. Payoneer's production included the dates on which Defendants Singh and Kumar accessed and conducted transactions through those financial accounts. Relevant to this Motion, Payoneer's records demonstrate that Defendant Singh registered the following email address with Payoneer—goodwill.panorama@gmail.com—and last used it to access a Payoneer account and transfer funds on February 2, 2024. Payoneer's records also demonstrate that Defendant Kumar registered the following email address with Payoneer—surajaggarwaltraders2@gmail.com—and last used it to access a Payoneer account and withdraw funds on January 11, 2024.

8. We believe Defendants' email addresses, listed below, are active. On October 21, 2024, our law firm caused test emails to be sent to Defendants, via each of the email addresses listed below, which Defendants used to create and operate their respective Amazon or Payoneer accounts. These test emails apprised Defendants of the lawsuit and contained courtesy copies of the Complaint, the Civil Cover Sheet, and the Summonses. Our firm did not receive any error notices, bounce back messages, or other indications that the emails failed to deliver to the following email addresses registered to the following Defendants: Defendant Singh's registered email addresses, goodwill.panorama@gmail.com, retailagustin@gmail.com,

DECLARATION OF SCOTT COMMERSON - 3
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

borningllc.panorama@gmail.com, and smarktabs.panorama@gmail.com; and Defendant Kumar's registered email addresses, surajaggarwaltraders2@gmail.com, and goldenstore.panorama@gmail.com.

9. Subject to the Court's permission, Plaintiffs will serve Defendants using an online service for service of process, RPost (www.rpost.com) that provides proof of authorship, content, delivery, and receipt to the following email addresses controlled by Defendants:

- Defendant Amandeep Singh: goodwill.panorama@gmail.com, retailagustin@gmail.com, borningllc.panorama@gmail.com, and smarktabs.panorama@gmail.com.
- Defendant Bhushan Kumar: surajaggarwaltraders2@gmail.com, and goldenstore.panorama@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 24th day of October, 2024, at Los Angeles, California.

Scott Commerson

DECLARATION OF SCOTT COMMERSON - 4
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax