The Honorable Lauren King
The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE THOUGHT & EXPRESSION CO., INC., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDEEP SINGH, an individual; and BHUSHAN KUMAR, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01464-LK-BAT<br><br>**CERTIFICATE OF SERVICE** |

I certify that on October 25, 2024, I caused to be served true and correct copies of the:

1. Complaint for Damages and Equitable Relief (Dkt. 1);

2. Exhibits to A to Complaint for Damages and Equitable Relief (Dkt. 1-1);

3. Exhibits to B to Complaint for Damages and Equitable Relief (Dkt. 1-2);

4. Exhibits to C to Complaint for Damages and Equitable Relief (Dkt. 1-3);

5. Exhibits to D to Complaint for Damages and Equitable Relief (Dkt. 1-4);

6. Civil Cover Sheet (Dkt. 1-5);

7. Summons for Amandeep Singh (Dkt. 5);

8. Summons for Bhushan Kumar (Dkt. 5-1); and

CERTIFICATE OF SERVICE - 1
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

9. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 19) via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 19) to the following Defendants via the email addresses listed below:

- Defendant Amandeep Singh via goodwill.panorama@gmail.com, retailagustin@gmail.com, borningllc.panorama@gmail.com, and smarktabs.panorama@gmail.com;

- Defendant Bhushan Kumar via surajaggarwaltraders2@gmail.com, and goldenstore.panorama@gmail.com.

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

DATED this 28th day of October, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CERTIFICATE OF SERVICE - 2
(2:24-cv-01464-LK-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax